BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7223
FAX: (415) 436-7234
tom.colthurst@usdoj.gov

Attorneys for United States of America

FILED
2016 FEB 23 P 3:39
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VC

| | |
|---|---|
| IN THE MATTER OF APPLICATIONS OF THE UNITED STATES OF AMERICA FOR ORDERS AUTHORIZING THE INTERCEPTION OF WIRE COMMUNICATIONS | No. CR 16 90143 MISC. |
| | EX PARTE MOTION FOR DESTRUCTION OF TITLE III INTERCEPT DATA THAT HAS BEEN STORED, UNDER SEAL PURSUANT TO THE COURT'S ORDERS, FOR MORE THAN TEN YEARS |

The United States of America hereby moves this Court for an order authorizing the destruction of records/ recordings of intercepted communications obtained pursuant to court orders issued under Title 18, United States Code, Section 2510 et. seq., ("Title III") authorizing the interception of wire communications.

The interception orders are listed below:

1) Interception orders signed under DEA case number R3-02-0054, pertaining to non-drug exhibits N-18, N-19, N-20, N-21, N-22, N-23, N-51, N-52, and N-53, for telephone numbers 510-534-4919, 510-435-4891, and 510-599-0580, signed on June 4, 2003; and 510-534-4919 and 510-599-0580, signed on July 11, 2003, by the Honorable United States District Court Judge Claudia Wilken, Northern

District of California.

2) Interception orders signed under DEA case number R3-96-0248, pertaining to non-drug exhibits N-998C, N-999, N-999A, N-999B, N-999C, N-999D, N-999E, N-999F, N-999G, and N-999H, for telephone numbers 707-226-9417, 510-414-9741, and 510-892-6661, signed on October 14, 1997; 510-604-2439, signed on November 10, 1997; 510-414-9741, 510-892-6661, and 707-327-1208, signed on November 13, 1997; 916-718-2661, signed on December 4, 1997; 510-604-2439, 510-892-6661, and 707-551-1126, signed on December 15, 1997; 707-263-1691, 707-489-7138 and 510-892-6661, signed on January 30, 1998; by the Honorable United States District Judge Thelton E. Henderson, Northern District of California; and telephone numbers 510-604-2439, 510-892-6661, and 707-551-1126, signed on January 15, 1998, by the Honorable United District Judge Charles A. Legge, Northern District of California.

3) Interception orders signed under DEA case number R3-93-Z005, pertaining to non-drug exhibits N-22, N-25, N-26, N-32, and N-33, for telephone numbers 510-816-7474, signed on July 29, 1993, August 30, 1993, October 1, 1993, and November 8, 1993; 510-893-0560, signed on November 10, 1993; and 510-816-7474 and 510-893-0560, signed on December 9, 1993; by the Honorable United States District Judge D. Lowell Jensen, Northern District of California.

4) Interception orders signed under DEA case number R3-97-0285, pertaining to non-drug exhibits N-25, N-26, N-27, N-59, N-A1003, N-A1004, N-47, N-A1000, N-A1001, N-A1002, N-B1001, N-60, N-C1000, N-C1001, N-C1005, N-E1001, N-H1000, N-H1001, N-H1002, N-I1000, N-J1000, N-J1001, N-E1000, N-D1000, N-D1001, N-C1003, N-C1004, N-B1000, N-A1005, N-A1006, for telephone numbers 510-929-2323, sealed on March 8, 1999; 510-655-6371 and 510-929-2323, sealed on May 20, 1999; 510-655-6371 and 510-929-2323, sealed on April 20, 1999; 415-863-7031 and 415-303-5501, sealed on May 20, 1999; 888-984-2380, 415-998-3403, and 415-990-0911, sealed on July 26, 1999; by the Honorable United States District Judge Thelton Henderson; and telephone numbers 415-303-5501, 415-863-7031, 510-929-2323, and 510-655-6371, sealed on July 9, 1999, by the Honorable United States District Judge Charles A. Legge, Northern District of California.

5) Interception orders signed under DEA case number R3-95-0211, pertaining to non-drug exhibits N-58B, N-95A, N-95B, N-96, N-97, N-411A, N-411B, and N-411C, for telephone numbers 510-601-1663, 510-615-6880, and 888-340-1394 (unknown date of authorization and sealing); 510-502-3081,

510-321-1529, and 510-914-7302, sealed on June 4, 1998; by the Honorable United States District Judge D. Lowell Jenson, Northern District of California.

6) Interception orders signed under DEA case number R3-03-0098, pertaining to non-drug exhibits N-23, N-26, N-29, N-30, N-31, N-32, N-35, N-36, N-37, N-38, N-122, N-123, N-124, N-238, and N-500, for telephone numbers 415-637-7081, signed on September 10, 2004; 415-637-7081, 415-336-8825, 415-336-9156, and 415-240-2064, signed on November 2, 2004; 415-336-9156, 415-336-8825, 415-336-8063, and 415-846-3390, signed on December 27, 2004; 415-577-4086, signed on January 19, 2005; and 415-846-3390, 415-336-8063, and 415-336-9156, signed on February 10, 2005, by the Honorable United States District Judge Maxine M. Chesney, Northern District of California.

The Government is seeking authorization to destroy records/ recordings of intercepted communications which in each case were ordered sealed for ten years by the Court, pursuant to Title 18, United States Code, Section 2518(8)(a). Since the sealing dates, the Drug Enforcement Administration has kept custody of the materials in question.

More than ten years has elapsed since the sealings of the material in question, and this material is no longer needed as evidence in court proceedings. Accordingly, the Government requests that this motion be granted.

//

//

DATED: February 18, 2016

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

/s

THOMAS A. COLTHURST
Assistant United States Attorney

ORDER GRANTING GOVERNMENT'S MOTION
FOR DESTRUCTION OF TITLE III INTERCEPT DATA

It is hereby ORDERED that the Government's motion an order authorizing the destruction of material identified in the motion obtained pursuant to a court order issued under Title 18, United States Code, Section 2510 et. seq., is hereby GRANTED and that the Drug Enforcement Administration shall, upon notification of the issuance of this ORDER, be authorized to destroy records/ recordings of intercepted communications listed in the above motion which were ordered sealed for ten years by the Court, pursuant to Title 18, United States Code, Section 2518(8)((a)..

DATED: Feb 19, 2016

THE HONORABLE VINCE CHHABRIA
United States District Judge