UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>v.<br><br>IN THE MATTER OF APPLICATIONS OF THE UNITED STATES OF AMERICA FOR ORDERS AUTHORIZING THE INTERCPETION OF WIRE COMMUNICATIONS,<br><br>Defendant. | Case No. 16-xr-90143-VC-1<br><br>**ORDER CLOSING CASE** |

Due to inactivity in this matter, the case is hereby dismissed.

**IT IS SO ORDERED.**

Dated: March 29, 2016

VINCE CHHABRIA
United States District Judge